IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2012 JUL 20 PM 2:47
DEPUTY CLERK AC

| | | |
|---|---|---|
| SAMUEL FELIX | § | |
| | § | |
| v. | § | 2:10-CV-257 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge has entered an Order adopting the Report and Recommendation issued by the United States Magistrate Judge, dismissing without prejudice defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, granting defendant an out-of-time appeal, and reinstating the Judgment in criminal case number 2:09-CR-028.

JUDGMENT IS ENTERED ACCORDINGLY.

ENTERED this _____ day of _July_ 2012.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE